UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MARY McGALLOWAY, Individually and on Behalf of All Others Similarly Situated, | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 2:20-CV-01740-SCD |
| DEBT RESOLUTION DIRECT LLC d/b/a DEBT ADVISORS OF AMERICA, REDSTONE PRINT & MAILING, INC., and THE DATA SUITE, INC., | JURY TRIAL DEMANDED |
| Defendants. | |

**DEFENDANT DEBT RESOLUTION DIRECT, LLC d/b/a DEBT ADVISORS OF AMERICA'S MOTION TO COMPEL PLAINTIFF TO PRODUCE HER CREDIT REPORT**

Defendant, Debt Resolution Direct, LLC d/b/a Debt Advisors of America ("Defendant" or "DRD"), by and through its undersigned counsel, respectfully moves this Court to Compel Discovery Responses from Plaintiff, specifically in the production of a consumer report reflecting any credit inquiry by DRD or anyone on its behalf.

Pursuant to Fed. R. Civ. P. 37(a)(1), Defendant served a Discovery Deficiency Letter on Plaintiff on October 27, 2021 (*See* Perr Decl. ¶ 5, Exhibit 4). The parties conferred in good faith regarding Plaintiff's deficient responses by phone on November 5, 2021.

Defendant hereby relies on its Memorandum of Law and supporting exhibits in support of this Motion.

Defendant also has submitted a proposed Order.

1

Respectfully Submitted:

**KAUFMAN, DOLOWICH & VOLUCK, LLP**

By: /s/ Richard J. Perr
Richard J. Perr, Esquire
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
(v) 215-501-7002; (f) 215-405-2973
rperr@kdvlaw.com

Dated: August 12, 2022        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE hereby certify that on this date I served a true and correct copy of the foregoing electronically via CM/ECF on the following:

Ben James Slatky, Esquire
Jesse Fruchter, Esquire
John D. Blythin, Esquire
Ademi LLP
3620 E. Layton Avenue
Cudahy, WI 53110
bslatky@ademilaw.com; jfruchter@ademilaw.com; jblythin@ademilaw.com;
Attorneys For Plaintiff

  /s/ Richard J. Perr
RICHARD J. PERR, ESQUIRE

Dated: August 12, 2022

4863-0593-7965, v. 1

3

Case 2:20-cv-01740-SCD   Filed 08/12/22   Page 3 of 3   Document 58