## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

| | |
|---|---|
| MARY MCGALLOWAY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DEBT RESOLUTION DIRECT, LLC, d/b/a DEBT ADVISORS OF AMERICA,<br><br>Defendant. | Case No.: 20-cv-1740<br><br><br><br>Hon. Stephen C. Dries |

## DECLARATION OF BEN J. SLATKY IN SUPPORT OF PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR RULE 11 SANCTIONS

I, Ben J. Slatky, state under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney of record for Plaintiff Mary McGalloway ("Plaintiff") in the present action.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of DRD's Responses to Plaintiff's First Set of Discovery Requests.

3. Along with such written discovery responses, DRD produced an audio recording of the telephone call described in Request for Production No. 3.

4. The following text transcribes, the best of my understanding, a relevant portion of the conversation between a representative of DRD and a representative of Plaintiff:

> DRD Representative: We work with the American Fair Credit Council. And so what they do is that, again, from what we see here, Mary has been making her payments for more than 12 months, so she's been paying and paying, paying on the

debt, but the balances are not moving. So they sent out the courtesy, there's options for her to have the debt paid off.

Plaintiff's Representative: So how are you getting all this information about payments and stuff?

DRD Representative: We with the creditors themselves. So we work with the banks that she owes money to. They let us know when there's clients that are making payments. ***So they put codes into her credit and that's what puts out the trigger notice***. Because it's saying that she has debt that she has been paying on for quite some time, the balances don't really go down, and so they're providing options for her as a consumer to have the debt paid.

5. Attached hereto as <u>Exhibit B</u> is a true and correct copy of an e-mail correspondence between Plaintiff's counsel and Defendant's counsel in connection with this matter.

6. Attached hereto as <u>Exhibit C</u> is a true and correct reproduction of the webpage located at the following web address as of August 25, 2022: <u>http://www.thedatasuite.net/data-products.html</u>.

/s/ Ben J. Slatky<br>
Ben J. Slatky