# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| MARY MCGALLOWAY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DEBT RESOLUTION DIRECT, LLC, d/b/a DEBT ADVISORS OF AMERICA, <br><br> Defendant. | Case No.: 20-cv-1740 <br><br> **STIPULATION OF DISMISSAL** <br><br> Hon. Stephen C. Dries |

Plaintiff Mary McGalloway, by counsel, Ademi LLP, and Defendant Debt Resolution Direct, LLC d/b/a Debt Advisors of America, by counsel, Kaufman, Dolowich & Voluck, LLP, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this action against Defendant Debt Resolution Direct, LLC d/b/a Debt Advisors of America, are dismissed with prejudice and without costs to any party. No certified class presently exists in this case, no class is impacted by this dismissal, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Respectfully submitted this 18th day of April 2023.

/s/ Ben J. Slatky
Ben J. Slatky (SBN: 1106892)
**ADEMI LLP**
3620 East Layton Avenue
Cudahy, WI 53110
Phone No.: (414) 482-8000
Fax No.: (414) 482-8001
E-mail: bslatky@ademilaw.com
*Attorneys for Plaintiff*

/s/ Richard J. Perr
Richard J. Perr
**KAUFMAN, DOLOWICH & VOLUCK, LLP**
One Liberty Place, 1650 Market Street
Suite 4800
Philadelphia, PA 19103
Phone No.: 215-501-7002
Fax No.: 215-405-2973
E-mail: rperr@kdvlaw.com
*Attorneys for Defendant*